Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  CHARLENE ANN PADLO

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE ANN PADLO, | Case No.: 2:15-CV-01953 AC |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Charlene Ann Padlo ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to March 31, 2016; and that Defendant shall have until May 2, 2016, to file his opposition.  Any reply by plaintiff will be due May 23, 2016.

An extension of time for plaintiff is needed in order to properly address the issues within the administrative record in this matter. Counsel sincerely apologizes to the court for any inconvenience this may have had upon it or its staff.

DATE: February 19, 2016     Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

/s/ *Steven G. Rosales*
BY: _____
Steven G. Rosales
Attorney for plaintiff CHARLENE ANN PADLO

DATED:  February 19, 2016     BENJAMIN WAGNER
United States Attorney


*/S/- Jennifer A. Kenney

_____
Jennifer A. Kenney
Special Assistant United States Attorney
Attorney for Defendant
[*Via email authorization]

IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and including March 31, 2016, in which to file Plaintiff's Opening Brief; Defendant may have an extension of time to May 2, 2016 to file his opposition, if any is forthcoming.  Any reply by plaintiff will be due May 23, 2016.

IT IS SO ORDERED.

DATE: February 22, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE