Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven.rosales@rohlfinglaw.com

Attorneys for Plaintiff  CHARLENE ANN PADLO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLENE ANN PADLO, | Case No.:  2:15-CV-01953 AC |
| Plaintiff, | STIPULATION TO EXTEND BRIEFING SCHEDULE |
| vs. | |
| CAROLYN COLVIN, Acting | |
| Commissioner of Social Security, | |
| Defendant | |

TO THE HONORABLE ALLISON CLAIRE, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Charlene Ann Padlo ("Plaintiff") and defendant Carolyn Colvin, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Plaintiff to file Plaintiff's Motion for Summary Judgment to April 29, 2016; and that Defendant shall have until May 30, 2016, to file her opposition. Any reply by plaintiff will be due June 20, 2016.

1    A second extension of time for plaintiff is needed in order to allow Counsel

2  to deal with complications arising from his Spouse's terminal illness.  Counsel

3  sincerely apologizes to the court for any inconvenience this may have had upon it

4  or its staff.

5

DATE: March 31, 2016              Respectfully submitted,
6
                                  LAW OFFICES OF LAWRENCE D. ROHLFING
7
                                       /s/ *Steven G. Rosales*
8                                  BY: _____
                                   Steven G. Rosales
9                                  Attorney for plaintiff CHARLENE ANN PADLO

10
DATED:  March 31, 2016            BENJAMIN WAGNER
11                                United States Attorney

12

13                                */S/- Jennifer A. Kenney

14
                                  _____
15                                Jennifer A. Kenney
                                  Special Assistant United States Attorney
16                                Attorney for Defendant
                                  [*Via email authorization]
17

18

19

20

21

22

23

24

25

26

1        IT IS HEREBY ORDERED that plaintiff may have an extension of time, to

2   and including April 29, 2016, in which to file Plaintiff's Opening Brief; Defendant

3   may have an extension of time to May 30, 2016 to file his opposition, if any is

4   forthcoming.  Any reply by plaintiff will be due June 20, 2016.

5        IT IS SO ORDERED.

6   DATE: April 4, 2016

7

8                                        ALLISON CLAIRE
                                         UNITED STATES MAGISTRATE JUDGE
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26