PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
JENNIFER A. KENNEY, CSBN 241625
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8945
    Facsimile: (415) 744-0134
    E-Mail: jennifer.a.kenney@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| CHARLENE ANN PADLO, | ) Case No.: 2:15-CV-01953-AC |
| Plaintiff, | ) |
| | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| vs. | ) FOR A FIRST EXTENSION OF 30 DAYS |
| | ) FOR DEFENDANT TO RESPOND TO |
| | ) PLAINTIFF'S MOTION FOR SUMMARY |
| CAROLYN W. COLVIN, Acting | ) JUDGMENT AND FILE ITS CROSS- |
| Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED, by the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Motion for Summary Judgment and file her Cross-Motion for Summary Judgment.  This extension is requested because Defendant's counsel is experiencing an exceptionally busy workload at this time, including three other briefing deadlines before the district court and the Equal Employment Opportunity Commission due the same week as the responsive pleading in this case.  The additional time will enable Defendant's counsel to adequately research the issues presented in this case.  The current due date is May 31, 2016.  The new due date will be June 30, 2016.

Stip. & Prop. Order to Extend 2:15-CV-01953-AC       1

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: May 31, 2016                 /s/ Steven Rosales*
                                    (*as authorized by email on May 31, 2016)
                                    STEVEN ROSALES
                                    Attorney for Plaintiff

Dated: May 31, 2016                 PHILLIP A. TALBERT
                                    Acting United States Attorney
                                    DEBORAH LEE STACHEL
                                    Acting Regional Chief Counsel, Region IX,
                                    Social Security Administration

                          By:       /s/ Jennifer A. Kenney
                                    JENNIFER A. KENNEY
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED:

DATED: June 2, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE